IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.1:07CV672 |
| | ) | |
| PATRICIA C. GREGORY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

A Default having been entered as to the Defendant, Patricia C. Gregory, in the above-mentioned case, on the 25th day of October, 2007, in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment by default against the Defendant, and having filed a proper affidavit as to the amount due from the Defendant to the Plaintiff;

IT IS ORDERED that the United States of America have and recover from the Defendant, Patricia C. Gregory, the sum of $10,387.71 as principal, $240.48 as interest due to June 29, 2007, and $350.00 as costs, together with postjudgment interest on the total amount of this judgment at the legal rate of 3.3 percent per annum, computed daily and compounded annually, from entry of this Judgment until paid.

This the 30th day of November, 2007.

                     /s/ John S. Brubaker
                     CLERK, UNITED STATES DISTRICT COURT